| AO-10 | |
|---|---|
| Rev. 1/2004 | |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the E
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Walter, John F | 2. Court or Organization  U.S. District Court, CD - CA | 3. Date of Report  5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge – Active | 5. ReportType (check appropriate type)  ○ Nomination,  Date  ◉ Initial   ○ Annual   ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  312 N. Spring Street  Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.  6/1/95 | John F. Walter and Walter, Finestone & Richter - Employment Agreement |

RECEIVED
May 10  12 13 PM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/1/03 -12/31/03 | John F. Walter deferred compensation from Walter, Finestone & Richter | $130,000.00 |
| 2. | | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, John F | 5/5/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fredricks Fund I | A | Distribution | J | U | | | | | |
| 2. Fredricks Fund II | D | Distribution | K | U | | | | | |
| 3. Fredricks Fund IV | C | Distribution | K | U | | | | | |
| 4. Shares of AT & T | A | Dividend | J | T | | | | | |
| 5. Shares of Bell South | A | Dividend | J | T | | | | | |
| 6. Shares of Lucent | A | Dividend | J | T | | | | | |
| 7. Shares of Qwest Intl. | A | Dividend | J | T | | | | | |
| 8. Shares of SBC Communications, Inc. | A | Dividend | J | T | | | | | |
| 9. Shares of VodaFone | A | Dividend | J | T | | | | | |
| 10. Charles Schwab Money Market | D | Interest | N | T | | | | | |
| 11. Vanguard Money Market | D | Interest | N | T | | | | | |
| 12. T. Rowe Price Money Market | A | Interest | J | T | | | | | |
| 13. Vanguard GNMA Fund | D | Interest | M | T | | | | | |
| 14. Vanguard Cal Insured Fund | B | Interest | N | T | | | | | |
| 15. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Intl Growth Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard Total Stock Market Fund | A | Dividend | J | T | | | | | |
| 18. T. Rowe Price European Stock | A | Dividend | J | T | Exempt | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Janus Olympic Fund | A | Dividend | J | T | | | | | |
| 20. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 21. IRA - Charles Schwab - Century Business Services | A | Dividend | J | T | | | | | |
| 22. IRA - Charles Schwab - Nasdaq 100 Trust | A | Dividend | J | T | | | | | |
| 23. IRA - Charles Schwab - Schwab 1000 Fund | A | Dividend | J | T | | | | | |
| 24. IRA - Charles Schwab - Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 25. IRA - Charles Schwab - NASDAQ 100 | A | Interest | J | T | | | | | |
| 26. IRA - Charles Schwab - Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 27. Walter, Finestone & Richter Profit Sharing Plan | A | Interest | | | rollover to IRA | 1/17 | P1 | A | Vanguard Rollover Ira |
| 28. Vanguard Rollover IRA - Prime Money Market Fund | D | Interest | P1 | T | Rollover from WFR Profit Sharing | 1/17 | P1 | | |
| 29. Northern Trust Bank | A | Interest | K | T | | | | | |
| 30. California National Bank | A | Interest | K | T | Acct. Closed | 7/21 | D | A | |
| 31. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 32. Alliance Growth Income | A | Dividend | J | T | Sold | 11/28 | K | D | |
| 33. Baron Small Cap | A | Dividend | J | T | | | | | |
| 34. GMO Growth Fund - Class M | A | Dividend | J | T | | | | | |
| 35. Rydex OTC - Inv. | A | Dividend | J | T | | | | | |
| 36. T Rowe Price European Stock Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Tweedy Brown Global Value | A | Dividend | J | T | | | | | |
| 38. Black Rock Municipal Fund Cash Reserve Shares | A | Interest | K | T | | | | | |
| 39. Strong Ultra Short Term Muni Inc. Fund | A | Interest | L | T | Sold | 3/12 | L | A | |
| 40. Baron Growth Fund | A | Dividend | K | T | | | | | |
| 41. Villa Camarillo, Ltd. | B | Distribution | J | T | | | | | |
| 42. Villa Camarillo 168 Ltd. | B | Distribution | J | T | | | | | |
| 43. AGERE Systems | A | Dividend | J | T | | | | | |
| 44. Comcast Corp. | A | Dividend | J | T | Buy | 11/2/02 | J | | |
| 45. Fidelity Advisors Equity Income | A | Dividend | K | T | Buy | 11/28 | K | | |
| 46. Federated Max. Cap. Investor Class Shares | A | Dividend | K | T | Buy | 3/12 | K | | |
| 47. Vanguard Total Stock Market Admiral Shares | A | Dividend | K | T | Buy | 3/12 | K | | |
| 48. I Bond | A | Interest | K | T | Buy | 4/28 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, John F | 5/5/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

VII.  Investments and Trusts

Fractional Share of AT&T Wireless - deleted from this report.  The fractional share should not have been included on prior reports because it was disposed of in 2001 (line 12 of the 5/12/03 report).

Shares of Avaya - deleted from this report.  These shares should not have been included on prior report because shares were disposed of in 2000 (line 5 of the 5/12/03 report).

Comcast - inadvertently omitted from 2002 report (line 45 of the 5/12/03 report).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, John F | 5/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                              Date _5/5/04_

INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544